1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,                No. 2:07-cv-01944-MCE-JFM PS
12          Plaintiff,
13      vs.                                  ORDER
14  LELA D. KIMBALL BEVAN and
    RICHARD C. KIMBALL,
15
            Defendants.
16
                                      /
17
18      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a
19  United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).
20      On December 10, 2008, the magistrate judge filed findings and recommendations herein
21  which were served on all parties and which contained notice to all parties that any objections to
22  the findings and recommendations were to be filed within ten days. On December 22, 2008,
23  defendant Lela Bevan filed a "firm offer to settle all controversies." Id.
24  ///
25  ///
26  ///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 10, 2008, are adopted in full.

2. Judgment is entered in favor of plaintiff and against defendant Lela D. Kimball Bevan, personally, in her representative capacity as trustee of the Lela D. Kimball Trust, in the amount of $3,125,945.00, for the outstanding federal tax liabilities of the estate of Lela D. Kimball, plus statutory interest and other statutory additions as provided by law, which continue to accrue from August 24, 2004, the date in which notice of the outstanding liabilities was given, until paid in full, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c).

3. Judgment is entered in favor of plaintiff and against defendant Lela D. Kimball Bevan, personally, as a beneficial transferee of the Lela D. Kimball Trust, in the amount of $977,730.70, for the outstanding federal tax liabilities of the estate of Lela D. Kimball, plus statutory interest and other statutory additions as provided by law, which continue to accrue from August 24, 2004, the date in which notice of the outstanding liabilities was given, until paid in full, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c).

///
///
///
///
///
///
///
///

4. Judgment is entered in favor of plaintiff and against defendant Richard C. Kimball, personally, as a beneficial transferee of the Lela D. Kimball Trust, in the amount of $1,584,602.19, for the outstanding federal tax liabilities of the estate of Lela D. Kimball, plus statutory interest and other statutory additions as provided by law, which continue to accrue from August 24, 2004, the date in which notice of the outstanding liabilities was given, until paid in full, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c).

Dated:  January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE