IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                  No. 2:07-cv-1944 MCE JFM PS

        vs.

LELA D. KIMBALL BEVAN and
RICHARD C. KIMBALL,

        Defendants.           <u>ORDER</u>

_____/

        Judgment was entered in this action on January 21, 2009.  On January 23, 2009,
defendant Bevan filed a document entitled "Notice of Hearing."  (Docket No. 54.)  On February
2, 2009, defendant Bevan filed a document entitled  "Conditional Acceptance of Offers."
(Docket No. 55.)  On March 16, 2009, defendant Bevan filed a document entitled "Notice of
Default."  (Docket No. 56.)  This action is closed and defendants shall make no further filings in
this action.  Defendants are advised that documents filed by defendants since the closing date
will be disregarded and no orders will issue in response to future filings.

DATED:  March 27, 2009.

                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

/001; bevan.58